IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ANGELENA NEFFERTTII DENT BAIZE & SHELBY WAYNE MCGAHEY<br><br>*Plaintiffs,*<br><br>v.<br><br>KATHLEEN MENDOZA, MARK CALHOUN, SIMON OWEN, JAMES TRAY, EUCHAVICE MENDOZA, KEVIN ROCKEFELLER, APRIL BILLING, STATE OF TEXAS d/b/a 1836 PROJECT, 2036 COMMISSION<br><br>*Defendants.* | § § § § § § § § § § § § § § § §  CASE NO. 6:22-CV-00095-JDK-KNM |

**REPORT & RECOMMENDATION OF
THE UNITED MAGISTRATE JUDGE**

This case is referred to the undersigned pursuant to 28 U.S.C. § 636. Plaintiffs, proceeding *pro se*, filed the above-styled lawsuit on March 15, 2022. Doc. No. 1. However, Plaintiffs did not pay the filing fee or submit an application to proceed *in forma pauperis*. Accordingly, the Court issued an Order, instructing Plaintiffs to correct the deficiency within five days. Doc. No. 2. The Court sent the Deficiency Order via certified mail, return receipt requested to Plaintiffs at their last known address. On April 4, 2022, the Order was returned to the Court as undeliverable. Doc. No. 4.

The Court cannot efficiently proceed with the lawsuit without the ability to contact Plaintiffs. As the individuals pursuing this lawsuit, Plaintiffs must communicate with the Court, which includes accepting mail from the Court and updating the Court whenever they have a change

of address. Plaintiffs have failed to prosecute their case by failing to provide or maintain correct address information with the Clerk of Court.

Accordingly, the compliant should be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

### RECOMMENDATION

It is **RECOMMENDED** that the complaint be dismissed without prejudice for failure to prosecute pursuant to FED. R. CIV. P. 41(b). Within fourteen days after receipt of the Magistrate Judge's report, any party may serve and file written objections to the findings and recommendations of the Magistrate Judge. 28 U.S.C. § 636(b). A party's failure to file written objections to the findings, conclusions, and recommendations contained in this Report within fourteen days after service shall bar that party from de novo review by the District Judge of those findings, conclusions, and recommendations, and except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. Douglass v. United Services Auto. Assn., 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), superseded by statute on other grounds, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

So ORDERED and SIGNED this 21st day of April, 2022.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE

2